**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**

**REPORT OF ACTION TAKEN**

**MEETING OF CREDITORS**

**In re:**

**EDSON R RODRIGUEZ GONZALEZ**                             Case No.   19-04577-EAG

                               Chapter 13        Attorney Name:   ALBERTO O LOZADA COLON*

| I. Appearances | | | |
|---|---|---|---|
| Debtor | [X] Present | [ ] Absent | |
| Joint Debtor | [ ] Present | [ ] Absent | |
| Attorney for Debtor | [X] Present | [ ] Absent | |
| [ ] Prose | | | |
| [ ] Appearing: | | | |

Date & Time:     10/18/2019   1:00:00PM

[X] R      [ ] NR    LV:  0

[X] This is debtor(s) 1 Bankruptcy filing.

Creditors:

**II. Oath Administered**

    [X] Yes            [ ] No

**III. Plan**

Date:  08/26/2019        Base:      $24,360.00    Payments 1 made out of 2 due.

Confirmation Hearing Date:     10/18/2019   3:30:00PM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

   $4,000.00   -  $300.00   =  $3,700.00

**IV. Status of Meeting**

[X] Closed       [ ] Not Held       [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

 [ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

 [ ] MTD Already filed, see Docket:

 [ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

EDSON R RODRIGUEZ GONZALEZ       Case No. 19-04577-EAG

Chapter 13     Attorney Name: ALBERTO O LOZADA COLON*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | |
| [ ] Unfair discrimination | [X] Tax returns missing |
| | [X] State - years 2018 State Tax Return |
| [ ] Fails disposable income | |
| [ ] Fails liquidation value test | |
| | [ ] Federal - years |
| [ ] Insuarence quote | |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] DSO Recipient's Information | [ ] Monthly reports for the months |
| [ ] Evidence of being current with DSO | [ ] Public Liability Insurance |
| |     [ ] Premises |
| [ ] Evidence of income |     [ ] Vehicle(s): |
| | [ ] Licenses issued by: |

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

EDSON R RODRIGUEZ GONZALEZ          Case No.   19-04577-EAG

                                       Chapter 13      Attorney Name:    ALBERTO O LOZADA COLON*

**Trustee's objection to confirmation**

[ ] Objection to Confirmation
[ ] Oral objection by creditor

**ACP: 3**

**Household size: 4**

**1. DOMESTIC SUPPORT OBLIGATION, (Recipient(s) data §1302(b)(6)):**

Provide DSO recipient information. DSO Information for Mrs. Almena was provided.

Debtor has a new DSO Account with Mrs. Marielen Perez Gomez. DSO was determine by debtor and DSO and is by ASUME in the amount of $250.00.

**3. DOMESTIC SUPPORT OBLIGATION, (Post-petition §1325(a)(8)):**

Provide evidence of DSO post-petition payment $664.00 monthly for September and October. Provide evidence of post petition DSO Payments for both DSO accounts.

**4. OTHER:**
a. All income evidence is missing.
b. SCMI does not disclose no - filing spouse income.
c. Amend voluntary petition to discloses that debtor current residential address in Anasco.

**5. FAILS DISPOSABLE INCOME TEST, §1325(b)(1)(B):**

Maturity date of Reliable Auto is in March 21, 2021, however, step up payment proposed in the plan is in 9/12/2021.

**6. OTHER:**

debtor to clarify how will be paid attorney fees, in part 4.3 is checked off both boxes.

**TAX RETURN 1308**

Provide evidence of filing of 2018 State Tax Return.

Debtor filed his divorce some days before the filing of the petition by irreparable rupture; however, Schedule "I" reflects income from non-filing spouse.

**FAILS DISPOSABLE INCOME**

Debtor commence a new job on September 19, 2019 in the Autoridad de Acueducto y Alcantarillado as Operator.

Debtor alleges is in the same amount of that he received before as employer od Departamento de Educacion.

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**EDSON R RODRIGUEZ GONZALEZ**

Case No. **19-04577-EAG**

**Chapter 13**     Attorney Name: **ALBERTO O LOZADA COLON***

---

**Amend Schedule "I" accordingly and provide evidence of current paystubs with Acueductos.**

**The following party(ies) object(s) confirmation:**

---

<u>s/Elvis Cortes</u>                                                                   Date:   10/18/2019

**Trustee/Presiding Officer**                                                                             (Rev. 05/13)