## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:                                   *        CASE NO. 19-04577 EAG

EDSON R. RODRIGUEZ GONZALEZ              *        CHAPTER 13
        DEBTOR

_____  *

## MOTION REQUESTING RECONSIDERATION OF DISMISSAL

**TO THE HONORABLE COURT:**

Now comes debtor through the undersigned attorney and very respectfully prays and states as follows:

1. On February 20,2020 this Honorable Court entered an order dismissing this case for failure of debtor to arrears a motion to dismiss filed by Firstbank

2. Debtor is up to date in his payments and have complied with all of the trustee's requirement.

3. The motion to dismiss was not answered due to an oversight in on part.

4. NOTICE:  Claimants and parties in interest please be advised that: within 14 days after service as evidenced by the certification, and an additional 3 days pursuant to Fed. R. Bank. P. 9006 (f) if you were served  by mail, any party against whom this motion has been served, or any other party of the action who objects to the relief sought herein, shall file and serve an objection or other appropriate response to this paper with the clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico.  If no objection or other response is filed within the time allowed  herein, the motion  will be deemed unopposed and may be granted unless:  (1) the requested relief is forbidden by law; (2)the requested relief is against public policy; or(3) in the opinion of the court, in interest of justice requires otherwise.  If you file a timely response, the court may- in its discretion-schedule a hearing.

    **WHEREFORE**, it is respectfully requested from this Honorable Court that the order

dismissing this case be set aside.

**CERTIFICATE OF SERVICE : I HEREBY CERTIFICATE:** That on February 28, 2020 we electronically filed the foregoing using the CM/ECF system. Notice of this filing will be sent electronically though the CM/ECF System to Alejandro Oliveras Rivera and to all creditors and parties in interest as the attached list.

In Mayaguez, Puerto Rico, this 28th day of February, 2020.

**/s/Alberto O. Lozada Colón**

**Alberto O. Lozada Colón**
**USDCPR 123811**
**PO Box 430**
**Mayaguez, PR 00681**
**Tel. 787-833-6323 Fax 833-7725**
**lozada1954@hotmail.com**

EDSON R RODRIGUEZ GONZALEZ
PO BOX 6215
MAYAGUEZ, PR 00681

SMALL BUSINESS ADMINISTRATION
PO BOX 740192
ATLANTA, GA 30374-0192

ALBERTO O. LOZADA COLóN
BUFETE LOZADA COLON C.S.P.
PO BOX 430
MAYAGUEZ, PR 00681

US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE
WASHINGTON, DC 20530

ASUME
P.O. BOX 70376
SAN JUAN, PR 00936

CICA COLLECTION AGENCY, INC.
P.O. BOX 12338
SAN JUAN, PR 00914-0338

DEPT OF TRANSPORTATION AND PUBLIC WORKS
BOX 41269
MINILLAS STATION
SAN JUAN, PR 00940-1269

DISTRICT OF PR CIVIL PROCESS CLERK
TORRE CHARDON SUITE 1201
350 CHARDON AVE
SAN JUAN, PR 00918

FIRST BANK DE PUERTO RICO
PO BOX 9146
SAN JUAN, PR 00908

INTERNAL REVENUE SERVICE
P.O. BOX 8208
PHILADELPHIA, PA 19101-8208

RELIABLE AUTO FINANCIAL
BOX 21382
SAN JUAN, PR 00928-1382